UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                         CASE NO. 8:19-cv-00803-VMC-AEP

FRANZ "LJ" HILBERATH,

    Defendant.
_____/

## UNOPPOSED MOTION TO RELEASE ACCOUNT FROM TEMPORARY RESTRAINING ORDER

Defendant, FRANZ "LJ" HILBERATH, by and through his undersigned counsel, hereby moves this Honorable Court to grant this Unopposed Motion to Release the Joint Account described below from the Temporary Restraining Order (TRO) and as good grounds would state as follows:

1. This unopposed motion involves a joint account held by Defendant, Franz Hilberath and his mother Christy Nichols.

2. The account is with the Naval Research Laboratory Federal Credit Union with the last four digits 1100.

3. Over the past ten years, this account has been exclusively funded and used by Ann Christy Hauter-Nichols.

4.     None of the funds deposited into this account were provided by any of the defendants in this action.

5.     The undersigned has contacted the currently assigned Assistant United States Attorney, Carolyn Tapie, regarding the request to release this account from the TRO, and she has advised counsel that the United States does not oppose this motion.

WHEREFORE, the undersigned attorney, on behalf of defendant Hilberath, requests that this Honorable release the above referenced joint account from the TRO.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2019, I electronically filed the following with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
BRUNVAND WISE, PA
Counsel for the Defendant
615 Turner Street
Clearwater, Florida 33756
Telephone No.: (727)446-7505
Facsimile No.: (727)446-8147
Email: bjorn@acquitter.com
Florida Bar No. 831077