**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No.: 8:19-cv-803-T-33AEP

REGENCY, INC., *et al.*,

    Defendants.
_____/

**UNOPPOSED MOTION TO RELEASE ACCOUNT FROM**
**TEMPORARY RESTRAINING ORDER**

Defendant Michelle Koehlinger ("Koehlinger"), by and through her undersigned counsel, hereby files this Unopposed Motion to Release the Account described below from the Temporary Restraining Order ("TRO") entered by the Court, and in support thereof states as follows:

1. On April 4, 2019, the Court entered the TRO (Doc. 6) which, among other things, enjoined all defendants from dissipating any moneys deposited in any financial institution.

2. Koehlinger has an Individual Retirement Account ("IRA") at Jackson National Life Insurance Company with the last four digits 1542.

3. The IRA was funded in 2003 and none of the funds used to open this IRA were provided by any of the defendants in this action, and the IRA funds were not derived from any of the activities alleged in the TRO.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

Pursuant to Local Rule 3.01(g), the undersigned conferred in good faith with Assistant United States Attorney, Sean P. Keefe regarding the requested relief, and he advised that the United States does not oppose the relief sought in this Motion.

**WHEREFORE**, Defendant Michelle Koehlinger respectfully requests this Honorable Court enter an order granting this Motion, releasing the above-referenced account from the TRO, and grant such other relief as this Court deems just and proper.

Dated: May 8, 2019                                Respectfully submitted,

*/s/ Richard Rodriguez*
TODD FOSTER
Florida Bar No.: 0325198
tfoster@barnettbolt.com
RICHARD RODRIGUEZ
Florida Bar No.: 083546
rrodriguez@barnettbolt.com
MATTHIEU GODDEYNE
Florida Bar No.: 0122189
mgoddeyne@barnettbolt.com
**BARNETT, BOLT, KIRKWOOD, LONG KOCHE & FOSTER, P.A.**
601 Bayshore Blvd. Suite 700
Tampa, FL 33606
Telephone: (813) 253-2020
*Attorneys for Defendant Michelle Koehlinger*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2019, I filed the foregoing with the Clerk of Court, using the CM/ECF System, which will send notice of electronic filing to all counsel of record who have entered notices of appearance in this matter.

*/s/ Richard Rodriguez*
Richard Rodriguez