**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No: 8:19-cv-803-T-33AEP

REGENCY, INC., KELLY WOLFE, SCHUYLER POPPE, MICHELLE KOEHLINGER, FRANZ "LJ" HILBERATH, PATSY TRUGLIA, CHRISTINE TRUGLIA, JOEL RUFUS FRENCH, LATEESE FORD, R&L SENIOR MARKETING, AARON WILLIAMSKY, NADIA LEVIT and STAR MEDICAL SUPPLY,

    Defendants.
_____

## ENTRY OF DEFAULT

    Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **STAR MEDICAL SUPPLY** in Tampa, Florida on the 28th day of June, 2019.

                                                ELIZABETH M. WARREN, CLERK

                                                s/B. Sohn, Deputy Clerk

Copies furnished to:

Counsel of Record