# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                          Case No. 8:19-cv-803-T-33AEP

REGENCY, INC., *et al.*,

   Defendants.

_____/

## CONSENT MOTION TO VOLUNTARILY DISMISS DEFENDANT AARON WILLIAMSKY

     The United States of America, by and through the undersigned Assistant United States Attorneys, and pursuant to Fed. R. Civ. P. 41(a)(2), hereby moves to voluntarily dismiss Defendant Aaron Williamsky from this action. Defendant Williamsky, through counsel, consents to this motion. Plaintiff states the following in support of the requested relief:

     1.     On April 4, 2019, the United States filed this civil action pursuant to 18 U.S.C. § 1345 to freeze the assets of the defendants, up to the amount of the defendants' health care fraud scheme. *See Ex Parte* Complaint & *Ex Parte* Motion for TRO (Dkt. 1, 3). The Court entered a Temporary Restraining Order ("TRO") on April 4, 2019, which prohibited the defendants or anyone acting on their behalf from "alienating, withdrawing, transferring, removing, dissipating, or otherwise disposing of, in any

manner" any of the defendants' assets.  *See* TRO (Dkt. 6) at 3.  In addition to freezing the Defendants' assets, the TRO also: (1) enjoined the Defendants from committing health care fraud offenses (2) required Defendants to preserve business, financial, and accounting records, as well as medical records related to Defendants' business operations, and (3) required Defendants to make financial disclosures to the Government.  (Dkt. 6).

2. The TRO was served on the defendants beginning on April 9, 2019, in conjunction with the execution of search and seizure warrants around the country and the arrest of multiple persons involved in a nationwide healthcare fraud scheme, including Defendant Williamsky.  *See* https://www.justice.gov/usao-mdfl/pr/federal-indictments-and-law-enforcement-actions-one-largest-health-care-fraud-schemes.

3. Defendant Williamsky has been indicted in a criminal matter related to this civil action, *United States v. Williamsky, et al.*, Case No. 19-cr-247-KM (D.N.J.), and is currently incarcerated.

4. The United States and Defendant Williamsky have stipulated to the entry of a Consent Order for Restraint of Property, which has been entered by the Court in the related criminal case, and is attached as Exhibit 1.

5. In light of the entry of the Consent Order in the parallel criminal proceeding, the United States moves to voluntarily dismiss Defendant Williamsky from this civil injunctive proceeding.

## CONCLUSION

Therefore, the United States requests that Defendant Aaron Williamsky be dismissed from this matter, without prejudice.

Dated: July 2, 2019

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

*/s/ Carolyn B. Tapie*
CAROLYN B. TAPIE
Assistant United States Attorney
USA No. 190
SEAN P. KEEFE
Assistant United States Attorney
Florida Bar No. 0413828
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6198
Email: Carolyn.B.Tapie@usdoj.gov
*Counsel for United States*

## Certificate of Service

I hereby certify that, on July 2, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have entered notices of appearance in this matter, and provided copies via U.S. Mail to all other parties or their counsel.

*/s/ Carolyn B. Tapie*
Carolyn B. Tapie
Assistant United States Attorney