**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:**  8:19-cv-803-T-33AEP | **DATE:**   July 3, 2019 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **UNITED STATES OF AMERICA**<br><br>        **Plaintiff,**<br><br>v.<br><br>**REGENCY, INC., et al.**<br><br>        **Defendants** | **PLAINTIFF COUNSEL**<br>Carolyn Tapie<br>Sean Keefe<br>Anita Cream<br>Kristin Fiore<br><br>**DEFENDANT COUNSEL**<br>Eduardo Suarez<br>Robert Williams<br>Dorothy DiFiore<br>Matthieu Goddeyne<br>Rachel Zysk (Telephone)<br>Bjorn Brunvand (Telephone)<br>Anthony Vitale (Telephone)<br>Dennis Carletta (Telephone)<br>Sean Ellsworth (Telephone) | |
| **COURT REPORTER:**  Scott Gamertsfelder | **DEPUTY CLERK:** | Tamecika Lee |
| **TIME:**  1:27 PM - 2:14 PM<br>**TOTAL:**  47 minutes | **COURTROOM:** | 14B |

**PROCEEDINGS:**    STATUS CONFERENCE

The Court **GRANTED** the Government's consent motion to voluntarily dismiss Defendant Aaron Williamsky is granted. (Doc. 136). Mr. Williamsky is dismissed from this matter without prejudice.

The Court **GRANTED** the Motion to Withdraw as Attorney (Doc. 104).

The Court **GRANTED** Motion to Stay (Doc. 114). The case is stayed and administratively closed until January 6, 2020.